IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

            v.       Criminal Case No. 12-50061

SAUL SANCHEZ-FUENTES
a/k/a SAUL PINA-FUENTES                                      DEFENDANT

## O R D E R

Now on this 28th day of September, 2012, comes on for consideration the **Magistrate Judge's Report And Recommendation** ("R&R") (document #12). Both parties have waived objection to the R&R, and the Court, having reviewed it, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant's guilty plea is accepted, and the written plea agreement is tentatively approved, subject to final approval at sentencing.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE